UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 7236

ACORN CAPITAL GROUP, LLC,

Plaintiff,

-v-

THOMAS J. PETTERS,

Defendant.

Case No. _____

Rule 7.1 Statement



RECEIVED
AUG 1 4 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Acorn Capital Group, LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 8/14/08

Signature of Attorney
Robert W. Gottlieb
Attorney Bar Code: RG-4147

Form Rule7_1.pdf  SDNY Web 10/2007