| COUNTY OF | COURT | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|---|

ACORN CAPITAL GROUP, LLC,

*Plaintiff(s)*

against

THOMAS J. PETTERS,

*Defendant(s)*

*Index No.* 08 CIV 7236

***AFFIDAVIT OF***
***SERVICE OF SUMMONS***
***(AND COMPLAINT)***

IN A CIVIL ACTION, INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX, ELECTRONIC CASE FILING RULES & INSTRUCTIONS

STATE OF ~~NEW YORK~~ MINNESOTA, COUNTY OF HENNEPIN SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF MINNESOTA
That on 8/15/08 at 3:00P.M., at 4400 BAKER ROAD, MINNETONKA, MN 55343
deponent served the within summons, *and complaint* on THOMAS J. PETTERS defendant therein named,
SEE ABOVE STATED DOCUMENTS

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy *of each* to "JANE DOE" (RECEPTIONIST/CO-WORKER)** a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

** REFUSED TO GIVE FIRST AND LAST NAME

MAILED ON: 8/15/08
C/O PETTERS GROUP WORLDWIDE, LLC

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 4400 BAKER ROAD, MINNETONKA, MN 55343 MINNESOTA in an official depository under the exclusive care and custody of the U.S. Postal Service within ~~NEW YORK~~ State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 8/18/08

[signature]

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

[signature]
BOB YATES

License No. N/A

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUNTY OF _____

ACORN CAPITAL GROUP, LLC,

Plaintiff(s)

against

THOMAS J. PETTERS,

Defendant(s)

*Index No.* 08 CIV 7236

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)** IN A CIVIL ACTION, INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN, INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX, ELECTRONIC CASE FILING RULES & INSTRUCTIONS

STATE OF MINNESOTA, COUNTY OF HENNEPIN SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides IN THE STATE OF MINNESOTA
That on 8/15/08 at 6:54 P.M., at 655 BUSHAWAY RD, WAYZATA, MN 55391
deponent served the within summons, *and complaint* on THOMAS J. PETTERS defendant therein named,
SEE ABOVE STATED DOCUMENTS

**INDIVIDUAL** 1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION** 2. ☐ a _____ corporation, by delivering thereat a true copy *of each* to _____ personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** 3. ☒ by delivering thereat a true copy *of each* to JENNIFER WOLTER (LIVE-IN NANNY) a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.** 4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILED ON: 8/18/08

**MAILING TO RESIDENCE USE WITH 3 OR 4** 5A. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 655 BUSHAWAY RD, WAYZATA, MN 55391 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within MINNESOTA State.

**MAILING TO BUSINESS USE WITH 3 OR 4** 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 8/18/08

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

JESSE ROBERTS
License No. N/A

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

ACORN CAPITAL GROUP, LLC,

        Plaintiff,

V.

THOMAS J. PETTERS,

        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'08 CIV 7236**

TO: (Name and address of Defendant)

Thomas J. Petters
c/o Petters Group Worldwide, LLC
4400 Baker Road
Minnetonka, Minnesota  55343-8684

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert W. Gottlieb
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York  10022
(212) 940-8800

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 4 2008

CLERK                                             DATE

(By) DEPUTY CLERK