UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ACORN CAPITAL GROUP, LLC,

                          Plaintiff,                     08 CIV. 7236 (RMB)

      -against-

                                                     **NOTICE OF**
THOMAS J. PETTERS,                      **VOLUNTARY DISMISSAL**
                                                     **WITHOUT PREJUDICE**

                        Defendant.
--------------------------------------------------------X

        PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A), plaintiff Acorn Capital Group, LLC hereby voluntarily dismisses this action without prejudice.

*[Handwritten: Clerk to close this case. Conference on 12/22/08 vacated.]*

Dated:  New York, New York
          December 18, 2008

                                            SMITH CAMPBELL, LLP

                                            By_/s/_____
                                                 David S. Smith (DS 9092)
                                            110 Wall Street
                                            New York, New York 10005
                                            (212) 344-1500
                                            *Attorneys for Plaintiff*

*[Handwritten: Closed]*
**SO ORDERED:**
     *RMB*
_____
RICHARD M. BERMAN U.S.D.J.
    12/18/08

[Stamp:]
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/08